# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ibrahim Fahab Bare, | No. CV-17-01017-PHX-DLR (ESW) |
| Petitioner, | **REPORT AND RECOMMENDATION** |
| v. | |
| Michael J Donahue, et al., | |
| Respondents. | |

**TO THE HONORABLE DOUGLAS L. RAYES, UNITED STATES DISTRICT JUDGE:**

Pending before the Court is Ibrahim Fahab Bare's ("Petitioner") Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus (the "Petition") (Doc. 1). The Petition challenges the Department of Homeland Security's indefinite detention of Petitioner, who is a native and citizen of Somalia. On May 31, 2017, the Court ordered Respondents to provide Petitioner with a bond hearing. (Doc. 21). In accordance with the Order, an Immigration Judge ("IJ") held a bond hearing on June 13, 2017. (Doc. 22). The IJ denied Petitioner's request for bond on the basis of danger. (*Id.* at 1). The parties agree that the June 13, 2017 bond hearing complied with Petitioner's due process rights and request that the Court dismiss the Petition as moot. (Doc. 23). Accordingly,

**IT IS RECOMMENDED** that the Petition (Doc. 1) be dismissed without prejudice.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment. The parties shall have fourteen days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Thereafter, the parties have fourteen days within which to file a response to the objections. Failure to file timely objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the District Court without further review. Failure to file timely objections to any factual determinations of the Magistrate Judge may be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Robbins v. Carey*, 481 F.3d 1143, 1146-47 (9th Cir. 2007).

Dated this 15th day of September, 2017.

_____
Eileen S. Willett
United States Magistrate Judge